

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00147-CR

**EX PARTE** Herbey Medrano **DEHOYOS**

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12-1196-B
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED.

SIGNED June 12, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice